UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEMCOR USA INC. | WRIT OF FOREIGN ATTACHMENT |
| | (Summons & Process of Attachment) |
| VERSUS | (and Garnishment) |
| CIA SIDERURGICA DO PARA COSIPAR, ET AL | C.A. NO. 12-2966 B (5) |

THE PRESIDENT OF THE UNITED STATES

To the Marshal of the Eastern District of Louisiana, or to his lawful Deputy,

GREETINGS:

WHEREAS, a verified Complaint has been filed in this Court on the **14th** day of **December, 2012**, numbered and entitled as above, with a claim for damages in the amount of **$ 2,619,421.91**, together with a prayer for attachment and garnishment, and accompanied by an affidavit that the defendant in said suit cannot be found within this District:

     NOW THEREFORE, you are hereby commanded to attach the defendant's goods and chattels, or credits and effects in your District, to the amount sued for, and in particular **Cargo of 22,000 metric tons of pig iron aboard the vessel Clipper Kasashio**.

In the hand of **its Master**, garnishee(s).  If tangible property is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

If intangible property is attached you shall execute this process by leaving with the named garnishee(s) or other obligor(s) a copy of the complaint and this process; or you may accept for payment into the registry of the court the amount owed to the extent of the amount claimed by the plaintiff, as set forth herein, with interest and costs.

     TO THE GARNISHEE(S):  You are hereby summoned and required to serve upon Plaintiff's attorney, **Andrew S. DeKlerk,** whose address is **Frilot LLC, 3700 Energy Centre, 1100 Poydras St., New Orleans, LA 70163-3700**, an answer to the complaint together with answers to any interrogatories served with the complaint, within 21 days after service of this process upon you.

WITNESS, the Honorable Judges of this Court at New Orleans, Louisiana, this  14 day of December, 2012

                                         **LORETTA G. WHYTE, CLERK**

                                   By:_____
                                        Deputy Clerk

Note: Rule B(3)(b) of the SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE provides: "The defendant shall serve his answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee."

ISSUED FOR:  **Andrew S. DeKlerk, Frilot LLC, 3700 Energy Centre, 1100 Poydras St., New Orleans, LA 70163-3700, 504-599-8010**