UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEMCOR USA INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-2966 c/w 12-2968-HGB-SS** |
| **CIA SIDERURGICA DO PARA (COSIPAR) and AMERICA METALS TRADING LLP** | |

## ORDER

MOTION FOR LEAVE TO INTERVENE BY ABN AMRO BANK N.V. (Rec. doc. 36)

**GRANTED**

    For the reasons presented by ABN AMRO Bank N.V. ("ABN AMRO"),

    IT IS ORDERED that ABN AMRO's motion for leave to intervene (Rec. doc. 36) is GRANTED.

    New Orleans, Louisiana, this 2nd day of January, 2013.

                                                      **SALLY SHUSHAN**
                                          **United States Magistrate Judge**