

# FERNANDES MARITIME CONSULTANTS, LLC
- CONSULTANTS | ENGINEERS | SURVEYORS -

3525 N CAUSEWAY BLVD., STE 338, METAIRIE, LOUISIANA 70002
www.fmcneworleans.com

Tel.: (504) 304-1932  
Fax: (504) 910-6990

Writer's Mobile: (504) 982-1234  
E-Mail: jfernandes@fmcneworleans.com

March 31, 2013

INVOICE NO: 03-131127-A-JFF

M.V. "CLIPPER KASASHIO" and concerned

Wagner, Bagot & Rayer  
601 Poydras Street, Suite 1660  
New Orleans, LA 70130  
Attn: Michael Bagot, Esq. and Beau Gelpi, Esq.

Our Ref: FMC-12-121104

## INVOICE

Re: Assistance to discharge cargo on board; Attendance &quantification of cargo on board

**FOR SERVICES:** *For professional services rendered between December 12, 2012 and January 28, 2013, mainly consisting of:*

-- Contact Bulk Discharge Terminals/Buoys, Stevedoring Firms, Barge Companies, Vessel Agents and ascertain and estimate costs of discharge. Several parties required to be called persistently a number of times for a response, Jan. 1-15, 2013 – 0.5 hour (apportioned charge).
-- Compare options and update Estimation of discharge and associated costs, logistics, findings, etc. update Michael Bagot, Wagoner, Bagot *et al*, as information changes, Jan. 1-28, 2013 – 1 hour (apportioned charge).
-- Review, evaluate, respond to total of over 25 other e-mails mainly on vessel schedule, logistics and estimated costs of discharge, between Jan. 1-- 28, '13 -- 1 hr (apportioned).
-- Travel to CGB Buoys on Dec. 31, 2012, wait to board vessel but not successful - 3 hours.
- Travel to CGB Buoys on Jan. 20, 2013, board vessel and carry out Initial Draft Survey and inspection of vessel and cargo - 6 hours.

*Continued...*

Checks payable and due to FERNANDES MARITIME CONSULTANTS, LLC., upon presentation  
Terms: Net Payment within 30 days. In case of late payment, we reserve the right to charge interest  
For wire transfer: Capital One, N.A. 7033 Canal Blvd., New Orleans, LA 70124  
ABA # 065000090, Account 2081728014, Phone # (504) 533-5429  
Federal Tax Identification Number: 27-0457999



EXHIBIT A

-- Travel to CGB Buoys on Jan. 25-26, 2013, board vessel, inspection before discharge, commencement delayed due to fog, wait for fog to lift, attend during discharge - 15 hours.

-- Travel to CGB Buoys on Jan. 27, 2013, board vessel and carry out Final Draft Survey and inspection of vessel and cargo - 4 hours.

-- Compile and send Draft Survey. Discussions with M. Bagot, Esq., on discrepancies between draft surveys, January 28, 2013 - 1 hour.

TOTAL FEES.................................................................. $ 3,937.50

EXPENSES:
| | |
|---|---|
| Mileage: 4 x R/Ts x 56 mi: | $ 224.00 |
| Communications &miscellaneous expenses: | $ 30.00 |
| Administrative expenses: | $ 60.00 |
| TOTAL EXPENSES............................................... | $ 314.00 |
| TOTAL AMOUNT OF INVOICE................................................. | $4,252.00 |