UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEMCOR USA INC., <br><br> Plaintiff, <br><br> vs. <br><br> CIA SIDERURGICA DO PARA (COSIPAR) and AMERICA METALS TRADING LLP <br><br> Defendants. | CIVIL ACTION <br><br> NO: 12-2966 C/W NO. 12-2968 <br><br> APPLIES TO: ALL CASES <br><br> SECTION "C" <br> Honorable Helen G. Berrigan <br><br> MAGISTRATE (1) <br> Honorable Sally Shushan |

**MEMORANDUM IN SUPPORT OF
STEMCOR'S EX PARTEMOTION FOR LEAVE
TO FILE RESPONSE TO DAEWOO'S OPPOSITION
TO ABN AMRO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

Plaintiff Stemcor USA Inc. ("Stemcor"), through undersigned counsel, respectfully submits this Memorandum to explain why the Court should grant it leave to file the attached Response to Plaintiff Daewoo International Corporation's ("Daewoo") Opposition to Intervenor ABN AMRO Bank N.V.'s ("ABN") Motion for Partial Summary Judgment.

On January 27, 2014, ABN filed its Motion for Partial Summary Judgment that is set for submission on the briefs for May 21, 2014. *See* Record Doc. Nos. 251, 280 and 287. On May 13, 2014, Daewoo filed an Opposition to ABN's Motion for Partial Summary Judgment, in which Daewoo incorrectly alleged that it was the first creditor to attach the cargo, and therefore its claim outranks that of all the other creditors, including Stemcor. *See* Record Doc. No. 284. Graham now respectfully requests leave to file the accompanying Reply

Memorandum in order to fully address this misstatement, which the Court may deem relevant in resolving the pending Motion for Partial Summary Judgment.

                                        Respectfully submitted,

                                        /s/ T. Patrick O'Leary
Andrew S. de Klerk (LA 1045), T.A.
T. Patrick O'Leary (LA 30655)
**FRILOT L.L.C.**
3800 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Phone:  504.599.8010
Fax:  504.599.8110
adeklerk@frilot.com
poleary@frilot.com
**Counsel Plaintiff, Stemcor USA Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all other counsel in this proceeding by having same delivered via the Court's CM/ECF filing system on this 20th day of May, 2014.

                                        /s/ T. Patrick O'Leary