IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEMCOR USA INC. | CIVIL ACTION No.: 12-2966 |
|  | C/W 12-2968 |
| vs. | "ALL CASES" |
|  |  |
|  | SECTION "C" |
|  | Honorable Helen G. Berrigan |
| AMERICA METALS TRADING LLP, and |  |
| CIA SIDERURGICA DO PARÁ | MAGISTRATE (1) |
| (COSIPAR) | Honorable Sally Shushan |

## ENTRY OF PRELIMINARY DEFAULT

An entry of default is hereby issued in the above-captioned consolidated matters Cases No. 12-2966 and 12-2968 in favor of Thyssen-Krupp Mannex GMBH, ("TKM"), and against the defendant, CIA Siderurgica Do Para (COSIPAR).

New Orleans, Louisiana, this 23rd day of September, 2014.

William W. Blevins
Clerk of Court
by: *[signature]*
Deputy Clerk